IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**STEVEN L. SHORT, #K0112**                                                **PLAINTIFF**

**VERSUS**                     **CIVIL ACTION NO.  4:05cv178TSL-JCS**

**WARDEN ANDERSON, et al.**                                  **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the ___22nd___ day of May, 2006.

                                       /s/ Tom S. Lee
                                       UNITED STATES DISTRICT JUDGE